FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2019 ★

BROOKLYN OFFICE

Christine N. Walz
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
*Counsel for Non-Party Brendan J. Sullivan*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and

W&K INFO DEFENSE RESEARCH, LLC
  *Plaintiffs,*

v.

CRAIG WRIGHT
  *Defendant*

Case No. MISC 19-2303

DeARCY HALL, J.

Main Action Pending in the
United States District Court for the
Southern District of Florida
Case No. 9:18-cv-80176-BB

---

### NOTICE OF MOTION TO QUASH SUBPOENA

**PLEASE TAKE NOTICE** that the undersigned attorneys for Non-Party Brendan J. Sullivan in the above-referenced matter shall move before a court in the U.S. District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 for an order quashing a subpoena served on August 27, 2019.

**PLEASE TAKE FURTHER NOTICE** that, in support thereof, the undersigned shall rely upon the accompanying Declaration of Brendan J. Sullivan and memorandum of law submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached hereto.

Respectfully submitted,

*[signature]*

Christine N. Walz
HOLLAND & KNIGHT LLP
31 West 52nd Street, 12th Floor
New York, NY 10019
212-513-3200
212-385-9010 (fax)
christine.walz@hklaw.com

Judith M. Mercier
200 South Orange Avenue, Suite 2600
Orlando, Florida 32801
(407) 244-5151
(407) 244-5288 (fax)
judy.mercier@hklaw.com
*Counsel for Non-Party Brendan J. Sullivan*