# MISC 19 - 2303

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 0 9 2019 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

DeARCY HALL, J.

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:** | **DEFENDANT:** |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and W&K INFO DEFENSE RESEARCH, LLC | CRAIG WRIGHT |

**IN THE MATTER OF:**

Brendan J. Sullivan

**CAUSE OF ACTION:**

Motion to Quash Subpoena to Brendan J. Sullivan

**RELIEF SOUGHT:**

Quashing the August 27, 2019 Subpoena to Brendan J. Sullivan

| **ATTORNEY FOR PLAINTIFF:** | **ATTORNEY FOR DEFENDANT:** |
|---|---|
| Velvel (Devin) Freedman<br>Partner<br>Roche Freedman LLP<br>Southeast Financial Center<br>200 S Biscayne Blvd<br>Suite 5500<br>Miami, FL 33131<br>(t) (305) 753-3675<br>(@) vel@rochefreedman.com | Zarah Markoe<br>Rivero Mestre<br>2525 Ponce De Leon Blvd.<br>Ste. 1000 | Miami, FL 33134<br>T 305 4452500<br>F 305 4452505<br>zmarkoe@riveromestre.com |

I am currently a member in good standing of the bar of this Court: ☑ YES ☐ NO

Signature of Attorney of Record: _____ Date: 9·9·19