FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2019 ★

BROOKLYN OFFICE

Christine N. Walz
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Tel.: (212) 513-3200
Fax: (212) 385-9010
*Counsel for Non-Party Brendan J. Sullivan*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

---

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and

W&K INFO DEFENSE RESEARCH, LLC
    *Plaintiffs,*

v.

CRAIG WRIGHT
    *Defendant*

Case No. MISC 19-2303

DeARCY HALL, J.

Main Action Pending in the
United States District Court for the
Southern District of Florida
Case No. 9:18-cv-80176-BB

---

## **CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th of September 2019, a true and accurate copy of the foregoing was filed with the Court and copies were served via email and first-class mail on

Velvel Freedman
Roche Freedman LLP
Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rochefreedman.com

Zarah Markoe
Rivero Mestre
2525 Ponce De Leon Blvd.
Ste. 1000 | Miami, FL 33134
T 305 4452500
F 305 4452505
zmarkoe@riveromestre.com

_____
Christine N. Walz