**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 09 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and

W&K INFO DEFENSE
RESEARCH, LLC
*Plaintiffs,*

v.

CRAIG WRIGHT
*Defendant*

MISC 19-2303

Case No: _____

Main Action Pending in the
United States District Court for the
Southern District of Florida
Case No. 9:18-cv-80176-BB

DeARCY HALL, J.

## PROPOSED ORDER

Upon consideration of Non-Party Brendan J. Sullivan's Motion to Quash Subpoena and any opposition to the same, it is this ____ day of September 2019 hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion to Quash Subpoena is GRANTED; and that

2. The Subpoena to Brendan J. Sullivan is quashed in its entirety; and that

3. Brendan J. Sullivan is awarded his costs and reasonable attorney's fees incurred in filing the Motion to Quash Subpoena.

—

_____
United States District Judge