UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRA KLEIMAN, as the personal representative of the Estate of David Kleiman, and<br><br>W&K INFO DEFENSE RESEARCH, LLC,<br><br>     Plaintiffs,<br><br>  v.<br><br>CRAIG WRIGHT,<br><br>Defendant. | Case No. 1:19-mc-02303-LDH<br><br>**NOTICE OF APPEARANCE** |

　　　　　Please take notice that Joseph Delich of Roche Freedman LLP hereby enters his appearance as one of the counsel in the above-captioned action for Plaintiffs Ira Kleiman, as the personal representative of the Estate of David Kleiman, and W&K Info Defense Research, LLC.

Dated: September 16, 2019
　　　Brooklyn, New York

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph Delich*

　　　　　　　　　　　　　　　　　　　　Joseph Delich
　　　　　　　　　　　　　　　　　　　　New York Bar No. 5487186
　　　　　　　　　　　　　　　　　　　　ROCHE FREEDMAN LLP
　　　　　　　　　　　　　　　　　　　　185 Wythe Ave F2
　　　　　　　　　　　　　　　　　　　　Brooklyn, NY 11249
　　　　　　　　　　　　　　　　　　　　Email: jdelich@rochefreedman.com
　　　　　　　　　　　　　　　　　　　　Phone: (929) 457-0057
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*