**Subject:** FW: Kleiman v. Wright: Subpoena to Brendan Sullivan
**Date:** Friday, September 6, 2019 at 1:04:48 PM Eastern Daylight Time
**From:** Velvel Freedman
**To:** Kyle Roche, Joe Delich, Andrew S. Brenner

**Velvel (Devin) Freedman**
Partner

Roche Freedman LLP

Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** "Christine.Walz@hklaw.com" <Christine.Walz@hklaw.com>
**Date:** Friday, September 6, 2019 at 1:01 PM
**To:** "vel@rochefreedman.com" <vel@rochefreedman.com>
**Subject:** RE: Kleiman v. Wright: Subpoena to Brendan Sullivan

Vel: I have conferred with my client and we cannot agree to the limitations you have offered with regards to the subpoena. We are going to move for a protective order under the rules, in advance of the deposition scheduled for Tuesday, and my client does not plan on appearing on Tuesday. In our motion, we will request a stay of that date until the motion for a protective order has been fully briefed and ruled on.

Sincerely,

**Christine Walz** | **Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3368 | Fax 212.385.9010
christine.walz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

> **From:** Velvel Freedman <vel@rochefreedman.com>
> **Sent:** Wednesday, September 04, 2019 7:41 PM
> **To:** Walz, Christine N (NYC - X73368) <Christine.Walz@hklaw.com>
> **Subject:** Re: Kleiman v. Wright: Subpoena to Brendan Sullivan
>
> *[External email]*
> Christine,

After receipt of your letter, our conference call, and in the interests of working this out amicably, Plaintiffs would offer to narrow the subpoena to be:

(1) Appear for a deposition to confirm, under oath, the statements attributed to Craig Wright in the interview were made by Craig Wright and are accurate;

(2) Provide a copy of any recording of the interview (or a sworn statement that no such recording exists).

Please let us know if this works for your client.

Thanks,
-Vel
**Velvel (Devin) Freedman**
Partner

Roche Freedman LLP

Southeast Financial Center
200 S Biscayne Blvd
Suite 5500
Miami, FL 33131
(t) (305) 753-3675
(@) vel@rochefreedman.com

---

**From:** "Christine.Walz@hklaw.com" <Christine.Walz@hklaw.com>
**Date:** Wednesday, September 4, 2019 at 1:26 PM
**To:** "vel@rochefreedman.com" <vel@rochefreedman.com>
**Subject:** RE: Kleiman v. Wright: Subpoena to Brendan Sullivan

Following up on our conversation, would you please explain your proposal for narrowing the subpoena so that I can share the details of it in writing with my client?

Sincerely,

**Christine Walz | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3368 | Fax 212.385.9010
christine.walz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Walz, Christine N (NYC - X73368)
**Sent:** Wednesday, September 04, 2019 11:54 AM
**To:** 'vel@rochefreedman.com' <vel@rochefreedman.com>
**Subject:** Kleiman v. Wright: Subpoena to Brendan Sullivan

Counsel:  Please see attached letter concerning the subpoena served on Brendan Sullivan.

Sincerely,

**Christine Walz | Holland & Knight**
Partner
Holland & Knight LLP
31 West 52nd Street | New York, New York 10019
Phone 212.513.3368 | Fax 212.385.9010
christine.walz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.