

January 16, 2020

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Ira Kleiman et al. v. Craig Wright*, No. 1:19-mc-02303-LDH (E.D.N.Y.)

Dear Judge DeArcy Hall:

We act as counsel for Plaintiffs in the above captioned matter and are writing to apprise the Court that the discovery deadlines in the underlying matter have been extended. Specifically, per the attached scheduling order, all discovery must now be completed by April 17, 2020. ECF No. 382, *Kleiman v. Wright*, No. 9:18-cv-80176-BB (S.D. Fla. Jan. 16, 2020).

Prior to this extension, the cutoff for all discovery was January 17, and Plaintiffs therefore noticed Mr. Sullivan's deposition to preserve their ability to obtain his testimony in the event the motion to quash remained pending or was denied. *See* Letter, ECF No. 10 (Jan. 2, 2020). That deposition has been cancelled in light of the extension and the still-pending motion to quash.

Respectfully,

   /s/ Joseph Delich
Joseph Delich
ROCHE CYRULNIK FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, New York 10016
jdelich@rcfllp.com
*Counsel for Plaintiffs*