

April 27, 2020

**BY ECF**
The Honorable LaShann DeArcy Hall
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: *Ira Kleiman et al. v. Craig Wright*, No. 1:19-mc-02303-LDH (E.D.N.Y.)

Dear Judge DeArcy Hall:

      We act as counsel for Plaintiffs in the above captioned matter and are writing to apprise the Court that the discovery deadline in the underlying matter is now May 1, 2020. We also write to provide the court with a copy a recent order in the Western District of Washington that granted a motion to compel against a different third-party witness in this case. *See* ECF No. 14, *Kleiman v. Wright*, No. 2:20-cv-00593-BJR (W.D. Wash. April 24, 2020).

      Respectfully,

      __/s/ Joseph Delich_____
      Joseph Delich
      ROCHE CYRULNIK FREEDMAN LLP
      99 Park Avenue, 19th Floor
      New York, New York 10016
      jdelich@rcfllp.com
      *Counsel for Plaintiffs*