# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Christine N. Walz
(212) 513-3368
christine.walz@hklaw.com

April 27, 2020

*Via ECF*

The Honorable LaShann DeArcy Hall
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    ***In re Brendan Sullivan (Ira Kleiman et al. v. Craig Wright),***
               **Case No. 1:19-mc-02303-LDH**
               **RESPONSE TO PLAINTIFFS' NOTICE OF WASHINGTON CASE LAW**

Dear Judge DeArcy Hall:

      We write to respond briefly to Plaintiffs' notice of a decision on their motion to compel against a different third-party witness in the underlying litigation. (*See* Dkt. 12.) The Western District of Washington's ruling granting Plaintiffs' motion to compel addressed circumstances materially different from those presented in Mr. Sullivan's motion to quash. Therefore, the court's ruling should have no bearing on this Court's consideration of Mr. Sullivan's motion to quash.

                                        Respectfully submitted,

                                        HOLLAND & KNIGHT LLP

                                        /s Christine N. Walz
                                        Christine N. Walz
                                        31 West 52nd Street
                                        New York, NY 10019
                                        212-513-3200
                                        christine.walz@hklaw.com
                                        *Counsel for Brendan J. Sullivan*

cc:    Joseph M. Delich
        Velvel Freedman
        *Counsel for Plaintiffs*

        Zaharah R. Markoe
        *Counsel for Defendant*