November 11, 2020

*Via ECF*

The Honorable LaShann DeArcy Hall
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *In re Brendan Sullivan (Ira Kleiman et al. v. Craig Wright),*
              Case No. 1:19-mc-02303-LDH
              **JOINT RESPONSE TO COURT'S ORDER REGARDING MOOTNESS**

Dear Judge DeArcy Hall:

      On November 5, 2020, the Court asked the parties to file a joint letter apprising the Court as to whether the motion to quash is moot. The parties agree that Brendan Sullivan's previously filed motion to quash is now moot.

Respectfully submitted,

| HOLLAND & KNIGHT LLP | ROCHE CYRULNIK FREEDMAN, LLP |
|---|---|
| /s/ Christine N. Walz | /s/ Joseph M. Delich |
| Christine N. Walz | Joseph M. Delich |
| 31 West 52nd Street | Velvel Freedman |
| New York, NY 10019 | 99 Park Avenue 19th Floor |
| 212-513-3200 | New York, New York 10016 |
| christine.walz@hklaw.com | jdelich@rcfllp.com |
|  | vel@rcfllp.com |
| *Counsel for Brendan J. Sullivan* | *Counsel for Plaintiffs* |

cc:    Zaharah R. Markoe
       *Counsel for Defendant*